IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUADA TECHNOLOGIES LLC,<br><br>                Plaintiff,<br>v.<br><br>J&P PARK ACQUISITIONS, INC.,<br><br>                Defendant. | CASE NO. 1:17-cv-01499-RGA<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Guada Technologies LLC hereby files this voluntary Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Guada Technologies LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

| | |
|---|---|
| January 9, 2018 | STAMOULIS & WEINBLATT LLC |
| OF COUNSEL:<br><br>David R. Bennett<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com |  */s/ Stamatios Stamoulis*<br>Stamatios Stamoulis<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br><br>*Attorneys for Plaintiff Guada Technologies LLC* |

**SO ORDERED**, this _____ day of _____, 2018.

                                                          _____
                                                          United States District Court Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2018, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                        */s/Stamatios Stamoulis*
                                        Stamatios Stamoulis (#4606)