## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GUADA TECHNOLOGIES LLC, | CASE NO. 1:17-cv-01499-RGA |
| Plaintiff, | |
| v. | PATENT CASE |
| J&P PARK ACQUISITIONS, INC., | JURY TRIAL DEMANDED |
| Defendant. | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Guada Technologies LLC hereby files this voluntary Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Guada Technologies LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

January 9, 2018

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

STAMOULIS & WEINBLATT LLC

/s/ Stamatios Stamoulis
Stamatios Stamoulis
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiff Guada Technologies LLC*

**SO ORDERED**, this ___10___ day of ___Jan___, 2018.

_____
United States District Court Judge

1